UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-07-669 |
| | § | |
| CODY TAYLOR | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear for court as required; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial, and involved a bank robbery where weapons were brandished and a teller forced to turn over $13,000 while a gun was pointed at her. The defendant uses illegal drugs. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of the defendant's father. The defendant was on bond for resisting arrest when he committed the instant offense, indicating he is either unwilling or unable to comply with court-ordered conditions of release. The defendant failed to appear for court in the same misdemeanor case.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 20th day of November, 2007.

                                                      _____
                                                      B. JANICE ELLINGTON
                                                      UNITED STATES MAGISTRATE JUDGE